

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

Jackie Womack, individually, and Jackie Womack Drilling Company; Willard Cogdell and La Nell Cogdell; and James R. Cavender, individually and d/b/a James R. Cavender Investment Company, Ltd.,

\* From the 132nd District Court of Scurry County, Trial Court No. 23,602

Vs. No. 11-17-00233-CV

\* July 11, 2019

Oncor Electric Delivery Company LLC,

\* Memorandum Opinion by Wright, S.C.J. (Panel consists of: Bailey, C.J., Stretcher, J., and Wright, S.C.J., sitting by assignment) (Willson, J., not participating)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed. The costs incurred by reason of this appeal are taxed against Appellants.